**B1 (Official Form 1)(1/08)**

| United States Bankruptcy Court<br>District of Massachusetts | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pope, Anthony Lee** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7179** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3 Heather Lane**<br>**Plainville, MA**<br>ZIP Code **02762** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Norfolk** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Pope, Anthony Lee** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Matthew C. Swanson        June 24, 2009**<br>Signature of Attorney for Debtor(s)     (Date)<br>**Matthew C. Swanson 661840** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Pope, Anthony Lee**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Anthony Lee Pope**
Signature of Debtor  **Anthony Lee Pope**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**June 24, 2009**
Date

### Signature of Attorney*

**X /s/ Matthew C. Swanson**
Signature of Attorney for Debtor(s)

**Matthew C. Swanson 661840**
Printed Name of Attorney for Debtor(s)

**Law Office of Brian R. Lewis**
Firm Name

**PO Box 1162**
**Lakeville, MA 02347**

_____
Address

**Email: brianhd1000@verizon.net**
**(508) 946-3323  Fax: (508) 946-5051**
Telephone Number

**June 24, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Academy Collection Service, Inc.
10965 Decatur Rd
Philadelphia, PA 19154-3210

Amex
P.O. Box 981537
El Paso, TX 79998

ARS Recovery Services, LLC
P.O. Box 9427
Providence, RI 02940-9427

Bank Of America
Po Box 2036
Warren, MI 48090

Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

Blalack & Williams
Attorneys & Counselors
1420 W. Mockingbird, Suite 640
Dallas, TX 75247-4932

Brazos Valley Schools Credit Union
P.O. Box 676
Katy, TX 77492-0676

Caritas Good Samaritan Medical Center
P.O. Box 1021
Pembroke, MA 02359-1021

Cashion & Cody, PC
1111 Highway 6
Suite 185
Sugar Land, TX 77478

Chase Receivables
1247 Broadway
Sonoma, CA 95476

Cit Bank/Dfs
One Dell Way
Round Rock, TX 78682

Citi
P.O. Box  6241
Sioux Falls, SD 57117

Citi
P.O. Box 6000
The Lakes, NV 89163-6000

```
Collection
30 Mass. Ave
North Andover, MA 01845

Comcast
P.O. Box 6505
Chelmsford, MA 01824

Computer Credit, Inc.
P.O. Box 5238
Winston Salem, NC 27113-5238

EMCC Investment Ventures, LLC
375 W. Cherritos Ave.
Anaheim, CA 92805

Emilys Pena
3 Heather Lane
Plainville, MA 02762-1943

Emilys Pena
3 Heather Lane
Plainville, MA 02762

ER Solutions, Inc.
P.O. Box 6030
Hauppauge, NY 11788-0154

First Community Credit Union
P. O. Box  840129
Houston, TX 77284

FirstSource Healthcare Advantage, Inc.
P.O. Box 025437
Miami, FL 33102-5437

Highlands Regional Medical Center
3600 South Highlands Ave
Sebring, FL 33870

Ikea
P.O. Box 981401
El Paso, TX 79998-1401

Internal Revenue Service
PO Box 9019
Holtsville, NY 11742-9019

International Portfolio
7715 NW 48
Suite 100
Miami, FL 33166
```

```
Kca Finl
628 North Street
Geneva, IL 60134

Kream and Kream
Attorneys At Law
P.O. Box 890117
Weymouth, MA 02189

Law Offices of Ross Gelfand, LLC
P.O. Box 1870
Roswell, GA 30077

Lvnv Funding
P.O. B  10584
Greenville, SC 29603

LVNV Funding
PO Box 10585
Greenville, SC 29603

Massachusetts Department of Revenue
PO Box 7065
Boston, MA 02204-7065

Massachusetts Eye & Ear Infirmary
243 Charles Street
Boston, MA 02114-3096

Massachusetts General Hospital
P.O. Box 9693
Boston, MA 02114-9693

Massachusetts General Physicans Organiza
PO Box 9142
Charlestown, MA 02129

Medicare Inc.
P.O. Box 128
Foxboro, MA 02035

National Grid
Customer Service Center
P.O. Box 960
Northborough, MA 01532-0960

Nationwide Credit, Inc.
2015 Vaughn Rd. NW
Suite 400
Kennesaw, GA 30144-7802

NCO Financial Systems
PO Box 17080
Wilmington, DE 19850-7080
```

```
NCO Financial Systems, Inc.
4000 E 5th Street
Columbus, OH 43219

NES
29125 Solon Road
Solon, OH 44139-3442

New England Gas Company
Customer Service
100 Weybosset Street
Providence, RI 02903

Newton Wellesley Radiology Associates
P.O. Box 66799
Falmouth, ME 04105-6799

Newton-Wellesley Hospital
2014 Washington Street
Newton Lower Falls, MA 02462

Northland Group
P.O. Box 390905
Minneapolis, MN 55439

Pltnum
1245 S Main St #100
Grapevine, TX 76051

RediClinic
P.O. Box 4916
Houston, TX 77210-4916

Redline Recovery Services, LLC
2350 North Forest Road, Suite 31B
Getzville, NY 14068-1296

Resource One Credit Union
Cardmember Services
P.O. Box 6354
Fargo, ND 58125-6354

Retail Services/Jordan's
P.O. Box 15521
Wilmington, DE 19850-5521

Sears
P.O. Box 6924
The Lakes, NV 88901-6924

Texas Children's Hospital
2450 Holcombe Blvd.
Houston, TX 77021
```

```
The Methodist Hospital System
P.O. Box 4315
Houston, TX 77210-4315

Toshio Yamauchi MD
16651 S.W. Freeway
Suite 150
Sugar Land, TX 77479

Tremont Credit Union
150 Grossman Dr
Braintree, MA 02184

Us Dep Ed
501 Bleeker Street
Utica, NY 13502

Valentine & Kebartas, Inc.
15 South Union Street
Lawrence, MA 01840

Verizon
Natinal Recovery D
Folsom, CA 95630

Washington Mutual Bank
P.O. Box 100576
Florence, SC 29502-0576

Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01810-1031
```